# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 12/22/2015
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

United States of America )
v. )
Derrick Floyd Carthens )
) Case No: 7:08-CR-54-4BO
) USM No: 51174-056
Date of Original Judgment: October 31, 2008 )
Date of Previous Amended Judgment: ) G. Alan DuBois
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 144 months is **reduced to** ~~116~~ 132 TWB months in Count 1.

Count 6 remains 60 months, concurrent, resulting in a total sentence of 116 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated October 31, 2008, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 12-22-15                 /s/ Terrence Boyle
                                         *Judge's signature*

Effective Date: November 1, 2015     Terrence W. Boyle, U.S. District Judge
*(if different from order date)*     *Printed name and title*

EDNC Rev. 11/8/2011