IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:08-cr-00054-BO-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DERRICK FLOYD CARTHENS | ) | |

On April 27, 2018, Derrick Floyd Carthens ("Carthens"), a federal inmate, filed pro se a motion seeking free copies of his court docket sheet. See Mot. [D.E. 350]. The Government filed a response in opposition [D.E. 355].

Carthens has not demonstrated a particularized need for such documents. See Jones v. Superintendent, Virginia State Farm, 460 F.2d 150, 152 (4th Cir.), aff'd on reh'g, 465 F.2d 1091 (4th Cir. 1972), cert. denied, 410 U.S. 944 (1973). Thus, despite his alleged indigence, Carthens is not entitled to court documents at the government's expense. See United States v. Gallo, 849 F.2d 607, 1988 WL 60934, at *1 (4th Cir. May 31, 1988) (per curiam table decision). Carthens instead may avail himself of the Public Access to Court Electronic Records (PACER) program (at the rate of 10 cents per page) or the record system request through the Clerk's Office (at the rate of 50 cents per page). See 28 U.S.C.A. § 1914, Judicial Conference Schedule of Fees, at ¶4; http://www.nced.uscourts.gov/pdfs/CopyRequestInstructions.pdf (last visited Jan. 9, 2019).

For the reasons discussed above, the court DENIES the motion for copies [D.E. 350].

SO ORDERED. This _10_ day of January 2019.

TERRENCE W. BOYLE
Chief United States District Judge